# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Opaaje Adedeji Oluwafemi,<br><br>Petitioner,<br><br>v.<br><br>David R Rivas,<br><br>Respondent. | No. CV-25-04767-PHX-SMB<br><br>**ORDER** |

United States Magistrate Judge Deborah Fine has issued a Report and Recommendation ("R&R") (Doc. 12) recommending that the Petition be dismissed as moot. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R. (R&R at 4) (citing Rule 72, Federal Rules of Civil Procedure) No objection has been filed, which relieves the Court of its obligation to review the R&R. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); Thomas v. Arn, 474 U.S. 140, 149 (1985); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003). Nevertheless, the Court has reviewed the pleadings and agrees with the analysis of Magistrate Judge Fine. The Court will accept and adopt the R&R.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of Magistrate Judge Fine (Docs. 12) is accepted.

**IT IS FURTHER ORDERED** dismissing the Petition as moot and directing the Clerk of Court to terminate this case.

Dated this 20th day of April, 2026.

Honorable Susan M. Brnovich
United States District Judge